**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joneen M. Walker                          CHAPTER 13

               Debtor(s)

                                                    BKY. NO. 21-12018 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
13 Sep 2021, 15:06:25, EDT

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322