# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 21-12018-ELF

JONEEN  M. WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151

     Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

JONEEN  M. WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

CAMERON DEANE
YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020-

Date: 9/29/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee