United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joneen M. Walker  
    Debtor

Case No. 21-12018-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 19, 2022      Form ID: 155      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joneen M. Walker, 6212 Callowhill Street, Philadelphia, PA 19151-4102 |
| 14623947 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14623948 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14623949 | + | Aes/pheaa Rehabs, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14623950 | + | Aes/pheaa Rehabs, Pob 61047, Harrisburg, PA 17106-1047 |
| 14623955 | + | PA Housing Finance, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14636007 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14623957 | ++ | UNITED CREDIT AND COLLECTIONS, PO BOX 1075, ST CHARLES MO 63302-1075 address filed with court:, United Credit Co, Attn: Bankruptcy, 512 Madison St, St Charles, MO 63301 |
| 14623958 | + | United Credit Co, 1550 Wall St, Saint Charles, MO 63303-3545 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14637548 | | Email/Text: megan.harper@phila.gov | Jan 19 2022 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14623952 | | Email/Text: megan.harper@phila.gov | Jan 19 2022 23:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14623951 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 00:00:05 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14627097 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 19 2022 23:59:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14624493 | + | Email/Text: bankruptcy@cavps.com | Jan 19 2022 23:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14623953 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2022 23:59:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14623954 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2022 23:59:58 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14627489 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 19 2022 23:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14625061 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2022 23:59:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14639558 | + | Email/Text: blegal@phfa.org | Jan 19 2022 23:53:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14623956 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2022 23:53:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2022 | Form ID: 155 | Total Noticed: 21

| | | | |
|---|---|---|---|
| 14626576 | + Email/PDF: ebn_ais@aisinfo.com | Jan 19 2022 23:59:57 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

**Name** | **Email Address**

CAMERON DEANE
on behalf of Debtor Joneen M. Walker cdeane@ymalaw.com
ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com

PAUL H. YOUNG
on behalf of Debtor Joneen M. Walker support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joneen M. Walker
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−12018−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this January 18, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Eric L. Frank
                                        Judge ,
                                        United States Bankruptcy Court

50
Form 155