**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joneen M. Walker<br>                          Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>                          Movant<br>          v.<br>Joneen M. Walker<br>                          Debtor(s)<br><br>Kenneth E. West Esq.<br>                          Trustee | CHAPTER 13<br>BK NO: 21-12018 ELF |

**AMENDED CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify that I served or caused to be served, on March 31, 2022, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Cameron Deane
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020 P

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
VIA ECF

Joneen M. Walker
6212 Callowhill Street
Philadelphia, PA 19151

David H. Webb
6212 Callowhill Street
Philadelphia, PA 19151


Method of Service:         Mail first class; Specify if other:

Date:  March 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106

215-627-1322
Attorney for Movant/Applicant