UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JONEEN M. WALKER          :   CHAPTER 13
                                  :
    Debtor(s)                     :   CASE NO. 21-12018

## WITHDRAWAL AND ENTRY OF APPEARANCE FOR DEBTOR

To the Clerk:

Please note my WITHDRAWAL as counsel for Debtor, Joneen M. Walker.

April 5, 2022                          YOUNG, MARR, MALLIS & DEANE

/s/ Cameron Deane
Cameron Deane, Esquire
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
215-639-5297
Fax 215-639-1344
support@ymalaw.com


To the Clerk:

Kindly enter my APPEARANCE as counsel for Debtor, Joneen M. Walker.

April 5, 2022                          YOUNG, MARR, MALLIS & DEANE

/s/ Paul H. Young
Paul H. Young, Esquire
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
215-639-5297
Fax 215-639-1344
support@ymalaw.com