**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 21-12018-ELF

JONEEN M. WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JONEEN M. WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

CAMERON DEANE
YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020-

Date: 4/5/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee