**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                      Chapter 13
JONEEN M. WALKER

                 Debtor           **Bankruptcy No.** 21-12018-ELF

# **O R D E R**

**AND NOW**, this ___7th___ day of ___June___, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
CAMERON DEANE
YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020-

Debtor:
JONEEN M. WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151