United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12018-elf
Joneen M. Walker Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joneen M. Walker, 6212 Callowhill Street, Philadelphia, PA 19151-4102 |
| 14623948 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14623955 | + | PA Housing Finance, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14636007 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14623957 | ++ | UNITED CREDIT AND COLLECTIONS, PO BOX 1075, ST CHARLES MO 63302-1075 address filed with court:, United Credit Co, Attn: Bankruptcy, 512 Madison St, St Charles, MO 63301 |
| 14623958 | + | United Credit Co, 1550 Wall St, Saint Charles, MO 63303-3545 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcy@cavps.com | Jun 07 2022 23:58:00 | Cavalry SPV l, LLC, PO BOX 4252, Greenwich, CT 06831-0405 |
| 14623947 | + | Email/Text: bncnotifications@pheaa.org | Jun 07 2022 23:58:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14623949 | + | Email/Text: bncnotifications@pheaa.org | Jun 07 2022 23:58:00 | Aes/pheaa Rehabs, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14623950 | + | Email/Text: bncnotifications@pheaa.org | Jun 07 2022 23:58:00 | Aes/pheaa Rehabs, Pob 61047, Harrisburg, PA 17106-1047 |
| 14623952 | | Email/Text: megan.harper@phila.gov | Jun 07 2022 23:58:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14637548 | | Email/Text: megan.harper@phila.gov | Jun 07 2022 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14623951 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2022 23:56:07 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14627097 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2022 23:56:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14624493 | + | Email/Text: bankruptcy@cavps.com | Jun 07 2022 23:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14623953 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2022 00:07:12 | Credit One Bank, Attn: Bankruptcy Department, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14623954 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2022 00:07:38 | Po Box 98873, Las Vegas, NV 89193-8873<br>Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14627489 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 07 2022 23:58:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14625061 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 00:07:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14639558 | + | Email/Text: blegal@phfa.org | Jun 07 2022 23:58:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14623956 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 07 2022 23:58:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14626576 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2022 23:56:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor Joneen M. Walker support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Jun 07, 2022  Form ID: pdf900  Total Noticed: 24
TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JONEEN M. WALKER

Chapter 13

Debtor

Bankruptcy No. 21-12018-ELF

## ORDER

**AND NOW**, this ___7th___ day of _____June_____, 202_2_ upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
CAMERON DEANE  
YOUNG, MARR & ASSOCIATES, LLC  
3554 HULMEVILLE ROAD, SUITE 102  
BENSALEM, PA 19020-

Debtor:  
JONEEN M. WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151